

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TURBO RESTAURANTS, LLC, | § | No. 08-21-00071-CV |
| Appellant, | § | Appeal from the |
| v. | § | 281st Judicial District Court |
| REID'S REFRIGERATION INC. d/b/a REID'S A/C & HEAT, | § | of Harris County, Texas |
| Appellee. | § | (TC# 2020-55564) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause to the trial court for further proceedings consistent with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF AUGUST, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.